# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dolores Larkin | **SUMMONS IN A CIVIL CASE** |
| | CASE NUMBER: |
| V. | |
| Monsanto Company, Pfizer, Inc., Pharmacia Corporation, and G.D. Searle, LLC | CV 08  1638  CRB |

TO: (Name and address of defendant)

Pfizer, Inc.
c/o CT Service Corporation
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas P. Cartmell, Brian J. Madden, Thomas J. Preuss
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking                                MAR 2 6 2008
CLERK                                             DATE

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Dolores Larkin

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

v.

Monsanto Company, Pfizer, Inc., Pharmacia Corporation, and G.D. Searle, LLC

CV 08 1638

CRB

TO: (Name and address of defendant)

Pharmacia Corporation
c/o CT Service Corporation
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas P. Cartmell, Brian J. Madden, Thomas J. Preuss
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  MAR 26 2008

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Dolores Larkin

V.

Monsanto Company, Pfizer, Inc., Pharmacia Corporation, and G.D. Searle, LLC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 08 1638 CRB

TO: (Name and address of defendant)

G.D. Searle, LLC
c/o CT Service Corporation
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas P. Cartmell, Brian J. Madden, Thomas J. Preuss
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  MAR 2 6 2008

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

Dolores Larkin

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Monsanto Company, Pfizer, Inc., Pharmacia Corporation, and G.D. Searle, LLC

CV 08 1638

CRB

TO: (Name and address of defendant)

Monsanto Company
c/o CT Service Corporation
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas P. Cartmell, Brian J. Madden, Thomas J. Preuss
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  MAR 2 6 2008

(BY) DEPUTY CLERK

MARY ANN BUCKLEY